**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CASE NO. 2:25-po-100** |
| **v.** | **MAGISTRATE JUDGE JOLSON** |
| **DANNY L WOOLEVER,** | |
| **Defendant.** | |

---

**ORDER**

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT this case be DISMISSED.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

7/30/2026
**DATE**